United States District Court
District of Massachusetts

```
_____
                               )
                               )
RICHARD B. MARTIN, JR.,        )
                               )   16-mc-91177-NMG
        Petitioner             )
                               )
_____)
```

ORDER

GORTON, J.

Mr. Martin's pro se pleading entitled "Emergency Motion to Allow Electronic Filing" is received by the Court. It cannot be acted upon affirmatively because Mr. Martin has not brought an action as to which such a request would be applicable. If Mr. Martin has a justiciable cause of action against a defendant over which this court has jurisdiction and files a complaint in compliance with the federal rules of civil procedure, the case will be docketed and considered in due course and Mr. Martin's petition to file pleadings electronically with respect to such action will be entertained.

In the meantime, the motion (Docket No. 1) in this miscellaneous case is DENIED, without prejudice and this case is CLOSED.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: June 3, 2016